**Gregory K. Sabo, Esq., California Bar No. 169760**
**CHAPMAN GLUCKSMAN DEAN ROEB & BARGER**
11900 WEST OLYMPIC BOULEVARD, SUITE 800
LOS ANGELES, CALIFORNIA 90064-0704
(310) 207-7722 • FAX: (310) 207-6550

**Steven R. Bartell, Esq., Bar No. 7271**
**LAW OFFICES OF STEVEN R. BARTELL**
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 784-7675

Attorneys for Defendant, PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KATHERINE AINSWORTH, an individual, | Case No.: 2:11-cv-00007 LRH-PAL |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC., | |
| Defendant. | |

Pursuant to the Court's Order of April 19, 2011 granting Defendant Paramount Residential Mortgage Group ("PRMG")'s Motion to Compel Binding Arbitration and Stay the Action [Doc. #24], PRMG hereby files this Notice of Settlement of the Entire Action.

//

//

//

//

//

//

//

//

1
**MOTION TO COMPEL BINDING ARBITRATION**

1  On or about October 14, 2011, the PRMG and Plaintiff Katherine Ainsworth ("Plaintiff")
2  entered into a Confidential Settlement Agreement and Mutual Release of all Claims.
3  Accordingly, pursuant to the Court's Order, this shall serve a notice that the matter has
4  been resolved, and PRMG respectfully requests that the clerk of court close the action
5  administratively.

7  Respectfully submitted,

8  DATED:   November 14, 2011   **CHAPMAN GLUCKSMAN DEAN**
                                **ROEB & BARGER**
9                                A Professional Corporation

11  By:   /s/ Gregory K. Sabo
        **GREGORY K. SABO**
        Attorneys for Defendant, **PARAMOUNT**
12      **RESIDENTIAL MORTGAGE GROUP, INC.**

# **CERTIFICATE OF SERVICE**

Pursuant to Federal Rules of Civil Procedure 5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of Chapman Glucksman Dean Roeb & Barger, and that the following document(s), **NOTICE OF SETTLEMENT**, was served via electronic service to:

| | |
|---|---|
| Christian Gabroy, Esq.<br>GABROY LAW OFFICES<br>The District at Green Valley Ranch<br>170 South Green Valley Parkway, Suite 280<br>Henderson, NV 89012<br>(702) 259-7777; Fax (702) 259-7704<br>Christian@gabroy.com<br>**Attorneys for Plaintiff KATHERINE AINSWORTH** | Leon Greenberg, Esq.<br>LEON GREENBERG PROFESSIONAL CORPORATION<br>633 South 4th Street, #9<br>Las Vegas, NV 89101<br>(702) 383-6085; Fax: 702-385-1827<br>wagelaw@aol.com<br>**Attorneys for Plaintiff KATHERINE AINSWORTH** |

Dated this 16th day of November, 2011.

By:   /s/ Gregory K. Sabo
GREGORY K. SABO